ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NIRAV K. DESAI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondents
Christopher Chestnut, et al.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| D.G.M.,<br><br>       Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>       Respondents. | CASE NO.  1:26-CV-369-TLN-CSK (HC)<br><br>**ORDER GRANTING JOINT MOTIONS FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(B)(6) AND MODIFYING INJUNCTIVE RELIEF**<br><br>COURT: Hon. Troy L. Nunley |
| TU D.H.,<br><br>       Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>       Respondents. | CASE NO.  1:26-CV-539-TLN-JDP (HC) |

The Court is in receipt of the parties' Joint Motion for Relief under Federal Rule of Civil Procedure 60(b)(6), filed after the Ninth Circuit Court of Appeals remanded the above-captioned cases so that this Court can modify the previously imposed injunctive relief and file amended judgments.  Upon consideration of the joint motion, IT IS HEREBY ORDERED that:

1. The parties' Joint Motion for Relief under Federal Rule of Civil Procedure 60(b)(6) is GRANTED in each of the above-captioned cases.

1

2.     In *D.G.M. v. Chestnut, et al.*, No. 1:26-cv-369-TLN-CSK (HC), the injunctive relief previously ordered on January 30, 2026 (ECF No. 9) is modified and narrowed to read as follows:

> The Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where: (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future; or (b) Respondents demonstrate by clear and convincing evidence before a neutral decisionmaker that Petitioner poses a danger to the community or a flight risk.

> Respondents are not enjoined and restrained from detaining Petitioner in the event that the immigration court issues a final order of removal and the Petitioner receives notice of this order. In such an event, Respondents may detain Petitioner for the sole and limited purpose of executing removal pursuant to the final order of removal.

3.     The Clerk of Court is directed to enter an amended judgment in *D.G.M. v. Chestnut, et al.*, No. 1:26-cv-369-TLN-CSK (HC).

4.     In *D.H. v. Chestnut, et al.*, No. 1:26-cv-539-TLN-JDP (HC), the injunctive relief previously ordered on February 12, 2026 (ECF No. 9) is modified and narrowed to read as follows:

> The Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where: (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future; or (b) Respondents demonstrate by clear and convincing evidence before a neutral decisionmaker that Petitioner poses a danger to the community or a flight risk.

> Respondents are not enjoined and restrained from detaining Petitioner in the event that the immigration court issues a final order of removal and the Petitioner receives notice of this order. In such an event, Respondents may detain Petitioner for the sole and limited purpose of executing removal pursuant to the final order of removal.

/ / /

/ / /

5.     The Clerk of Court is directed to enter an amended judgment in *D.H. v. Chestnut, et al.*, No. 1:26-cv-539-TLN-JDP (HC).

**IT IS SO ORDERED.**

DATED:  July 8, 2026

_____
HONORABLE TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE